## Commonwealth, Appellant, v. Marnoch.

Argued March 17, 1976. *Stephen B. Harris*, First Assistant District Attorney, with him *Kenneth G. Biehn*, District Attorney, for Commonwealth, appellant; *Bruce K. Doman*, Assistant Public Defender, for appellee.

Order affirmed.